IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEYSTONE REDEVELOPMENT PARTNERS, LLC, | : : | Civil Action No. 1:CV-08-2265 |
| Plaintiff | : : : | |
| v. | : : : | |
| THOMAS DECKER, MARY DIGIACOMO COLINS, RAYMOND S. ANGELI, JEFFREY W. COY, JOSEPH W. MARSHALL, III, KENNETH T. MCCABE, and SANFORD RIVERS, all named in their individual capacities as members of the Pennsylvania Gaming Control Board in December, 2006; and MARY DIGIACOMO COLINS, RAYMOND S. ANGELI, JEFFREY W. COY, JAMES B. GINTY, KENNETH T. MCCABE, SANFORD RIVERS, and GARY A. SOJKA, all named in their official capacities as current members of the Pennsylvania Gaming Control Board, | : : : : : : : : : : : : : : : | Judge John E. Jones, III

Complaint Filed 12/19/08 |
| Defendants. | : : | Electronically Filed |
| v. | : : | |
| HSP GAMING, L.P., | : | |
| Intervening Defendant | : | |

## NOTICE OF APPEAL

Notice is hereby given that Defendants, Thomas Decker, Mary DiGiacomo Colins, Raymond S. Angeli, Jeffrey W. Coy, Joseph W. Marshall, III, Kenneth T.

6679170v1

McCabe and Sanford Rivers, appeal to the United States Court of Appeals for the Third Circuit from this Court's Order of December 16, 2009 (Doc. 72) which denied the above-named Defendants' Motion to Dismiss Counts I and III of the Amended Complaint on the defenses of absolute and qualified immunity.

    Respectfully submitted,

    POST & SCHELL, P.C.

BY:   */s/ James J. Kutz*
    James J. Kutz, Esquire
    Attorney ID #21589
    jkutz@postschell.com
    Barbara A. Zemlock, Esquire
    Attorney ID # 58891
    bzemlock@postschell.com
    John W. Dornberger, Esquire
    Attorney ID # 69293
    jdornberger@postschell.com
    17 North 2nd Street, 12th Fl.
    Harrisburg, PA  17101
    (717) 731-1970

    R. Douglas Sherman, Esquire
    Pennsylvania Gaming Control Board
    Attorney ID # 50092
    rsherman@state.pa.us
    303 Walnut Street/Strawberry Square
    Verizon Tower, 5th Floor
    Harrisburg, PA  17101-9060
    Attorneys for Defendants

Dated:  December 23, 2009

# CERTIFICATE OF SERVICE

I, James J. Kutz, Esquire, hereby state that I have this day caused the foregoing *Notice of Appeal* to be transmitted to the Court electronically for electronic service upon the following attorneys:

John P. Krill, Jr., Esquire
David R. Overstreet, Esquire
Abram D. Burnett, III, Esquire
K&L Gates LLP
17 North Second Street, 18th Floor
Harrisburg, PA  17101-1507

*Counsel for Plaintiff*

Frederic Warren Jacoby, Esquire
Stephen A. Cozen, Esquire
Cozen and O'Connor
1900 Market Street
Philadelphia, PA  19103

Jennifer M. McHugh, Esquire
Cozen and O'Connor
200 Four Falls Corporate Center, Suite 400
West Conshohocken, PA  19428

Richard A. Sprague, Esquire
Thomas E. Groshens, Esquire
Thomas A. Sprague, Esquire
Charles J. Hardy, Esquire
Sprague & Sprague
135 South 19th Street, Suite 400
The Wellington
Philadelphia, PA  19106

6679170v1

        Scott R. Withers, Esquire
        William H. Lamb, Esquire
        Lamb McErlane, P.C.
        24 East Market Street
        P. O. Box 565
        West Chester, PA  19381-0565

*Counsel for Intervenor Defendant*


        POST & SCHELL, P.C.


        */s/ James J. Kutz*
        James J. Kutz, Esquire

Dated:  December 23, 2009