UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 10-1054

_____

KEYSTONE REDEVELOPMENT PARTNERS, LLC

v.

THOMAS DECKER, MARY DIGIACOMO COLINS;
RAYMOND S. ANGELI, JEFFREY W. COY,
JOSEPH W. MARSHALL, III, KENNETH T. MCCABE,
and SANFORD RIVERS, all named in their individual
capacities as members of the Pennsylvania Gaming
Control Board in December, 2006; and GREGORY C. FAJT;
RAYMOND S. ANGELI; JEFFREY W. COY; JAMES B.
GINTY; KENNETH T. MCCABE; SANFORD RIVERS and
GARY A. SOJKA, all named in their official capacities as
current members of the Pennsylvania Gaming Control Board

v.

HSP GAMING, L.P.
(Intervenor in District Court)

Thomas Decker, Mary DiGiacomo Colins,
Raymond S. Angeli, Jeffrey W. Coy, Joseph W. Marshall III,
Kenneth T. McCabe and Sanford Rivers,
                                                          Appellants

_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(Civil Action No. 08-CV-2265)
District Judge: Honorable John E. Jones III

_____

Argued
November 16, 2010

Before:  AMBRO, FISHER, and GARTH, Circuit Judges

_____

JUDGMENT

_____

This cause came on to be considered on the record from the United States District Court for the Middle District of Pennsylvania and was argued on November 16, 2010. On consideration whereof, it is now here

ORDERED and ADJUDGED by this Court that the order entered by the District Court on December 16, 2009, be, and is, hereby REVERSED; it is further

ORDERED and ADJUDGED that this matter be, and is, REMANDED to the District Court with the direction that the District Court DISMISS the complaint.

      Costs taxed to appellee Keystone Redevelopment Partners, LLC.  All of the above in accordance with the opinion of this Court.

                          ATTEST:

                          /s/Marcia M. Waldron, Clerk

Dated: January 7, 2011